BANK OF ABBEVILLE *v.* GEORGIA FERTILIZER & OIL CO. *et al.*

ATKINSON, J. The bill of exceptions in this case assigns error upon a judgment overruling the demurrers interposed by one of several defendants to the original petition as amended. The petition is the same as was involved in the case of *Cook* v. *Georgia Fertilizer & Oil Company,* ante 41; and the rulings made therein are controlling upon the assignments of error made in this bill of exceptions.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent.*